```
 1  THOMAS P. O'BRIEN                                              JS-6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar Number 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:   Frank.Kortum@usdoj.gov
10
11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | SACV 04-910 AHS (MLGx) |
|---|---|---|
| Plaintiff, | ) | CONSENT JUDGMENT |
| v. | ) | |
| $1,524,438.90 IN BANK ACCOUNT FUNDS, | ) | |
| Defendant. | ) | |
| NETWORK SERVICES DEPOT INC., | ) | |
| Claimant. | ) | |

Pursuant to stipulation by and between Plaintiff United States of America and claimant Network Services Depot Inc. ("Network Services"), and good cause appearing, the Court hereby find and ORDERS as follows:

1. On August 3, 2004, plaintiff United States of America commenced this judicial forfeiture action by filing a complaint alleging that the defendant funds were forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). The statement of Interest of claimant Bikini Vending Corp. was withdrawn on June 30, 2006. Network Services has filed (1) a statement of interest in the defendant $1,524,438.90 Bank Account Funds and (2) an answer to contest the forfeiture of its interest in the defendant. Notice of this action was published in accordance with law, no other parties have filed claims and answers, and the time for filing such claims has expired. Accordingly, all potential claimants other than Network Services are hereby deemed to admit the allegations of the complaint.

2. It is the intention of plaintiff United States of America and the claimant to resolve all of their competing claims to the defendant funds by this Consent Judgment. Network Services does not admit any of the facts alleged in the complaint for forfeiture.

3. This Court has jurisdiction over the subject matter of the present action and over the parties to this agreement.

4. The Complaint states a claim for relief against the defendant property under 18 U.S.C. § 981(a)(1)(C).

5. Network Services releases any and all claims it may have to the defendant assets. The United States Marshal shall transfer the defendant funds, together with all interest earned thereon, to the Federal Trade Commission (FTC) for application to the Stipulated Judgment and Order for Permanent Injunction entered on April 5, 2005 in <u>Federal Trade Commission v. Bikini Vending Corp.</u>,

1  et al., CV-S-05-0439-LDG-RJJ.
2       6.   Except as to such rights and obligations created by this
3  Order, Network Services shall release and hold harmless the United
4  States, and any agents, servants, and employees of the United
5  States (or any state or local law enforcement agency) acting in
6  their individual or official capacities, from all claims, actions
7  or proceedings by it and its agents, including, but not limited
8  to, any claim for attorney's fees and/or costs, or interest, which
9  may hereafter be asserted or brought by it or on its behalf which
10 arise out of the present action.
11      7.   Each party shall bear its own costs of litigation and
12 attorney's fees.  Each party waives its right to appeal.  Entry of
13 this Consent Judgment constitutes a certificate of reasonable
14 cause pursuant to 28 U.S.C. § 2465(a)(2).
15      8.   The Court retains jurisdiction over this case and the
16 parties hereto to effectuate the terms of this settlement.
17
18
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

 9. The clerk shall enter this consent judgment, which constitutes a final judgment resolving this action.

**SO ORDERED.**

DATED: October 23, 2008.     ALICEMARIE H. STOTLER
                             The Hon. Alicemarie H. Stotler
                             United States District Judge

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


          /s/ FDK
FRANK D. KORTUM
Assistant United States Attorney
Attorneys for Plaintiff
United States of America