1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar Number 110984
7       United States Courthouse
        312 North Spring Street, Suite 1400
8       Los Angeles, California 90012
        Telephone: (213)894-5710
9       Facsimile: (213)894-7177
        E-Mail:    frank.kortum@usdoj.gov
10
11 Attorneys for Plaintiff
   United States of America
12
13                  UNITED STATES DISTRICT COURT
14              FOR THE CENTRAL DISTRICT OF CALIFORNIA
15                      SOUTHERN DIVISION
16 UNITED STATES OF AMERICA,      )  SACV 04-910 AHS (MLGx)
                                  )
17         Plaintiff,              )  AMENDED CONSENT JUDGMENT
                                  )
18         v.                      )
                                  )
19 $1,524,873.27 IN BANK ACCOUNT  )
   FUNDS,                          )
20                                )
           Defendant.              )
21 _____)
   NETWORK SERVICES DEPOT INC.,   )
22                                )
           Claimant.               )
23 _____)
24
25      Pursuant to stipulation by and between Plaintiff United
26 States of America and claimant Network Services Depot Inc.
27 ("Network Services"), and good cause appearing, the Court hereby
28 find and ORDERS as follows:

1. The defendant bank account funds are improperly identified as $1,524,438.90 in Bank Account Funds in the Consent Judgment entered on October 23, 2008. This proposed Amended Consent Judgment properly identifies the defendant funds throughout this document as $1,524.873.27 in Bank Account Funds.

2. On August 3, 2004, plaintiff United States of America commenced this judicial forfeiture action by filing a complaint alleging that the defendant funds were forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). The statement of Interest of claimant Bikini Vending Corp. was withdrawn on June 30, 2006. Network Services has filed (1) a statement of interest in the defendant $1,524,873.27 Bank Account Funds and (2) an answer to contest the forfeiture of its interest in the defendant. Notice of this action was published in accordance with law, no other parties have filed claims and answers, and the time for filing such claims has expired. Accordingly, all potential claimants other than Network Services are hereby deemed to admit the allegations of the complaint.

3. It is the intention of plaintiff United States of America and the claimant to resolve all of their competing claims to the defendant funds by this Consent Judgment. Network Services does not admit any of the facts alleged in the complaint for forfeiture.

4. This Court has jurisdiction over the subject matter of the present action and over the parties to this agreement.

5. The Complaint states a claim for relief against the defendant property under 18 U.S.C. § 981(a)(1)(C).

6. Network Services releases any and all claims it may have

to the defendant assets.  The United States Marshal shall transfer the defendant funds, together with all interest earned thereon, to the Federal Trade Commission (FTC) for application to the Stipulated Judgment and Order for Permanent Injunction entered on April 5, 2005 in <u>Federal Trade Commission v. Bikini Vending Corp., et al.</u>, CV-S-05-0439-LDG-RJJ.

7.   Except as to such rights and obligations created by this Order, Network Services shall release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency) acting in their individual or official capacities, from all claims, actions or proceedings by it and its agents, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by it or on its behalf which arise out of the present action.

8.   Each party shall bear its own costs of litigation and attorney's fees.  Each party waives its right to appeal.  Entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

9.   The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

//
//
//
//
//
/
//

1    10.  The clerk shall enter this consent judgment, which
2 constitutes a final judgment resolving this action.
3    **SO ORDERED.**

4
DATED: March 19, 2009.              *ALICEMARIE H. STOTLER*
5                                    ─────────────────────────────
                                     The Hon. Alicemarie H. Stotler
6                                    United States District Judge

7

8
THOMAS P. O'BRIEN
9 United States Attorney
CHRISTINE C. EWELL
10 Assistant United States Attorney
Chief, Criminal Division
11 STEVEN R. WELK
Assistant United States Attorney
12 Chief, Asset Forfeiture Section

13  ─────────────────────────────
14 FRANK D. KORTUM
Assistant United States Attorney
15 Attorneys for Plaintiff
United States of America
16

17

18

19

20

21

22

23

24

25

26

27

28